Case 12-09350   Doc 1   Filed 03/09/12   Entered 03/09/12 13:19:01   Desc Main
Document   Page 1 of 67

B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Palu-ay, Pedro G. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Palu-ay, Editha H. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8458 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-6021 |
| Street Address of Debtor (No. and Street, City, and State):<br>201 W. Oak Lane<br>Winthrop Harbor, IL<br>ZIP Code  60096 | Street Address of Joint Debtor (No. and Street, City, and State):<br>201 W. Oak Lane<br>Winthrop Harbor, IL<br>ZIP Code  60096 |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business:<br>Lake |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   *** David J. Schwab 6204333 ***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Palu-ay, Pedro G.<br>Palu-ay, Editha H. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**  /s/ David J. Schwab                    March  9, 2012<br>Signature of Attorney for Debtor(s)               (Date)<br>   David J. Schwab 6204333 |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Palu-ay, Pedro G. <br> Palu-ay, Editha H. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Pedro G. Palu-ay
_____
Signature of Debtor  Pedro G. Palu-ay

X  /s/ Editha H. Palu-ay
_____
Signature of Joint Debtor  Editha H. Palu-ay

_____
Telephone Number (If not represented by attorney)

March  9, 2012
_____
Date

### Signature of Attorney*

X  /s/ David J. Schwab
_____
Signature of Attorney for Debtor(s)

David J. Schwab 6204333
_____
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
_____
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
_____
Address

847-367-9699  Fax: 847-367-9621
_____
Telephone Number

March  9, 2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X  _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Pedro G. Palu-ay
       Editha H. Palu-ay

                               Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                               Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Pedro G. Palu-ay
                           Pedro G. Palu-ay

Date:   March 9, 2012

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Pedro G. Palu-ay            Case No. _____

      Editha H. Palu-ay

                                       Debtor(s)      Chapter     7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Editha H. Palu-ay
                           Editha H. Palu-ay

Date:    March 9, 2012

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Pedro G. Palu-ay,
      Editha H. Palu-ay

Case No. _____

Chapter _____ 7 _____

                                            Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,180,000.00 | | |
| B - Personal Property | Yes | 6 | 40,967.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,335,180.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 24,002.67 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 5,537,779.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 9,982.08 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,854.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 1,220,967.00 | | |
| Total Liabilities | | | | 6,896,962.61 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Pedro G. Palu-ay,                                          Case No. _____
         Editha H. Palu-ay
_____,      Chapter _____7_____
                                          Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Pedro G. Palu-ay,                                             Case No. _____
         Editha H. Palu-ay
_____ ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 201 W. Oak Lane<br>Winthrop Harbor, IL 60096<br><br>Record Title Holder: Palu-ay Family Irrevocable Trust<br>Dated October 15, 2002 | | - | 380,000.00 | 460,700.00 |
| 2900 Emmaus<br>Zion, IL 60099<br><br>Record Title Holder: Pedro Palu-ay (according to Recorder's Office)<br>Currently on the market for a short sale | Fee simple | H | 130,000.00 | 143,407.63 |
| 195 N. Harbor Dr., #2608<br>Chicago, IL 60601<br><br>Record Title Holder: Pedro Palu-ay and Edith Palu-ay<br>Currently on the market for a short sale | Tenancy By the Entirety | J | 670,000.00 | 720,473.13 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,180,000.00 | (Total of this page) |
| Total > | 1,180,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Pedro G. Palu-ay,                                                Case No. _____
         Editha H. Palu-ay

_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on hand | J | 500.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Account number ending 1890 First Merit Bank 2580 Sheridan Rd. Zion, IL 60099 Balance as of February 24, 2011: $-1,169.76 | J | 0.00 |
| | | | Checking Account - Account ending 1406 America United Bank 485 Lake St. Antioch, IL 60002 | J | 1,635.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  | Sub-Total > | 2,135.00 |
|---|---|---|
|  | (Total of this page) | |

___5___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                              Case No. _____
         Editha H. Palu-ay

_____,
                                  Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Living Room: Piano 2 couches 2 arm chairs 1 area rug 1 coffee table 1 organ 1 sofa table | J | 3,500.00 |
| | | Dining Room: 1 dining table 8 chairs 1 buffet 1 mirror 1 china cabinet | | |
| | | Family Room: 1 couch 1 arm chair 1 game table 4 chairs 2 lamps 3 side tables 1 treadmill 1 exercise bike 1 flat screen TV | | |
| | | Master Bedroom: 1 king bed 1 love seat 2 side tables 2 desks 1 flat screen TV | | |
| | | 2nd Bedroom: 1 queen bed 2 side tables 1 chest 2 lamps | | |
| | | 3rd Bedroom: 1 queen bed 2 side tables 1 chest 2 lamps 1 desk | | |
| | | 4th Bedroom: 1 desk 1 computer desk 3 shelves 1 filing cabinet 4 lamps 3 office chairs 1 recliner | | |
| | | Courtyard: 1 wrought iron set 1 table 6 chairs 1 barbeque | | |

Sub-Total >                3,500.00
(Total of this page)

Sheet  __1__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    Pedro G. Palu-ay,                                   Case No. _____

           Editha H. Palu-ay

_____ ,

                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books<br>Photo art<br>Old LP records | J | Unknown |
| 6. Wearing apparel. | | Men's and women's clothing | J | 1,500.00 |
| 7. Furs and jewelry. | | Wedding bands and ordinary costume jewelry | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Policy<br>Western Reserve Life Assurance Co. of Ohio<br>Policy No. ending 8904<br>4333 Edewood Rd. N.E.<br>Cedar Rapids, Iowa 52499<br>Face Amount: $1,500,000.00<br>Cash Surrender Value: $0 | H | Unknown |
| | | Life Insurance Policy<br>Lincoln Benefit Life Company<br>Policy No. ending 8158<br>Lincoln Benefit Life Centre<br>Lincoln, NE 68501<br>Face Amount: $2,000,000.00<br>Cash Surrender Value: $0 | H | Unknown |
| | | Life Insurance Policy<br>United of Omaha Life Insurance Company<br>Policy no. ending 1340<br>Mutual of Omaha Plaza<br>Omaha, NE 68175<br>Face Amount $10,000.00<br>Cash Surrender Value: $0 | W | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

                                                Sub-Total >        2,000.00
                                              (Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                      Case No. _____
         Editha H. Palu-ay
_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | CHS/Community Health Systems, Inc. Retirement Savings Plan<br>Plan ID number ending 5027<br>Principal Financial Group<br>P.O. Box 9394<br>Des Moines, IA 50306-9394 | H | 14,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Pedro Palu-ay MD SC<br>New Frontier Property, LLC<br>2629 Sheridan Road, LLC<br>Northeast, LLC<br>Zion Real Estate Management, L.L.C.<br>North Park, L.L.C.<br>South Park, L.L.C.<br>International Free Enterprise Corp<br>Diamond International of Illinois Partnership (70% interest) | H | 0.00 |
| | | EHP Travel d/b/a Advanced Travel Agency | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Private Registered Setoff Bonds | H | Unknown |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          14,000.00
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Pedro G. Palu-ay,                                              Case No. _____
       Editha H. Palu-ay
_____ ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Jaguar XG8 102,716 miles | H | 8,000.00 |
| | | 2004 Mercedes E500 70,000 miles Per Kelley Blue Book | H | 10,932.00 |
| | | 1981 Cadillac Fleetwood 150,000 miles | H | 400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          19,332.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Pedro G. Palu-ay,
      Editha H. Palu-ay

Case No. _____

                                                  ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Editha H. Palu-ay has the Power of Direction and Pedro Palu-ay has the successor Power of Direction in Land Trust Number 204027 Beneficial Interest in Land Trust Number 204027 is held by Zion Real Estate Management, LLC Property Held in Land Trust: 2625-2629 Sheridan Road, Zion, IL | W | Unknown |
| | | Editha H. Palu-ay has the Power of Direction and Pedro Palu-ay has the successor Power of Direction in Land Trust Number 204189 Beneficial Interest in Land Trust Number 204189 is held by North Park, LLC Property Held in Land Trust: 1045 N Park Ave., Winthrop Harbor, IL | W | Unknown |
| | | Editha H. Palu-ay has the Power of Direction and Pedro Palu-ay has the successor Power of Direction in Land Trust Number 204190 Beneficial Interest in Land Trust Number 204190 is held by South Park, LLC Property Held in Land Trust: 1101 S Park Ave., Winthrop Harbor, IL | W | Unknown |
| | | Installment contract and/or lease with option for sale of Pico De Loro Cove Condominium Pico De Loro Cove, Brgy. Papaya, Nasugbu, Batangas, Philippines Unit: Miranda Tower B | J | Unknown |

|  | Sub-Total >  | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 40,967.00 |

Sheet  __5__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    Pedro G. Palu-ay,                                              Case No. _____
Editha H. Palu-ay

_____,
                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Real Property<br>201 W. Oak Lane<br>Winthrop Harbor, IL 60096 | 735 ILCS 5/12-901 | 30,000.00 | 380,000.00 |
| Record Title Holder: Palu-ay Family Irrevocable<br>Trust Dated October 15, 2002 | | | |
| Checking, Savings, or Other Financial Accounts, Certificates of Deposit | | | |
| Checking Account - Account ending 1406<br>America United Bank<br>485 Lake St.<br>Antioch, IL 60002 | 735 ILCS 5/12-1001(b) | 1,635.00 | 1,635.00 |

  __2__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re      Pedro G. Palu-ay,                                    Case No. _____
           Editha H. Palu-ay
                                                         ,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Household Goods and Furnishings | | | |
| Living Room:<br>Piano | 735 ILCS 5/12-1001(b) | 1,865.00 | 3,500.00 |
| 2 couches | | | |
| 2 arm chairs | | | |
| 1 area rug | | | |
| 1 coffee table | | | |
| 1 organ | | | |
| 1 sofa table | | | |
| | | | |
| Dining Room: | | | |
| 1 dining table | | | |
| 8 chairs | | | |
| 1 buffet | | | |
| 1 mirror | | | |
| 1 china cabinet | | | |
| | | | |
| Family Room: | | | |
| 1 couch | | | |
| 1 arm chair | | | |
| 1 game table | | | |
| 4 chairs | | | |
| 2 lamps | | | |
| 3 side tables | | | |
| 1 treadmill | | | |
| 1 exercise bike | | | |
| 1 flat screen TV | | | |
| | | | |
| Master Bedroom: | | | |
| 1 king bed | | | |
| 1 love seat | | | |
| 2 side tables | | | |
| 2 desks | | | |
| 1 flat screen TV | | | |
| | | | |
| 2nd Bedroom: | | | |
| 1 queen bed | | | |
| 2 side tables | | | |
| 1 chest | | | |
| 2 lamps | | | |
| | | | |
| 3rd Bedroom: | | | |
| 1 queen bed | | | |
| 2 side tables | | | |
| 1 chest | | | |
| 2 lamps | | | |
| 1 desk | | | |
| | | | |
| 4th Bedroom: | | | |
| 1 desk | | | |
| 1 computer desk | | | |
| 3 shelves | | | |
| 1 filing cabinet | | | |
| 4 lamps | | | |
| 3 office chairs | | | |
| 1 recliner | | | |
| | | | |
| Courtyard: | | | |
| 1 wrought iron set | | | |
| 1 table | | | |
| 6 chairs | | | |
| 1 barbeque | | | |

Sheet   1   of   2   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    Pedro G. Palu-ay,                                          Case No. _____
         Editha H. Palu-ay
                                                    ,
                              Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| Men's and women's clothing | 735 ILCS 5/12-1001(a) | 1,500.00 | 1,500.00 |
| | | | |
| **Furs and Jewelry** | | | |
| Wedding bands and ordinary costume jewelry | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| CHS/Community Health Systems, Inc. Retirement | 735 ILCS 5/12-704 | 14,000.00 | 14,000.00 |
| Savings Plan | 735 ILCS 5/12-1006 | 14,000.00 | |
| Plan ID number ending 5027 | | | |
| Principal Financial Group | | | |
| P.O. Box 9394 | | | |
| Des Moines, IA 50306-9394 | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Jaguar XG8 | 735 ILCS 5/12-1001(c) | 2,400.00 | 8,000.00 |
| 102,716 miles | | | |
| | | | |
| 2004 Mercedes E500 | 735 ILCS 5/12-1001(b) | 4,000.00 | 10,932.00 |
| 70,000 miles | | | |
| Per Kelley Blue Book | | | |

|  | Total: | 69,900.00 | 420,067.00 |
|---|---|---|---|

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   Pedro G. Palu-ay,
        Editha H. Palu-ay

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>America United Bank and Trust<br>485 Lake Street<br>Antioch, IL 60002 | | - | Purchase Money Security<br><br>1999 Jaguar XG8<br>102,716 miles<br><br>Value $                8,000.00 | | | | 5,000.00 | 0.00 |
| Account No.<br><br>Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | | - | Mortgage<br><br>195 N. Harbor Dr., #2608<br>Chicago, IL 60601<br><br>Record Title Holder: Pedro Palu-ay and Edith Palu-ay<br>Value $              670,000.00 | | | | 615,130.00 | 0.00 |
| Account No. xxxxx7882<br><br>Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | | - | Second Mortgage<br><br>195 N. Harbor Dr., #2608<br>Chicago, IL 60601<br><br>Record Title Holder: Pedro Palu-ay and Edith Palu-ay<br>Value $              670,000.00 | | | | 105,343.13 | 50,473.13 |
| Account No. xxxxxxxxxx0729<br><br>Chase Auto Finance<br>P.O. Box 78067<br>Phoenix, AZ 85062-8067 | | - | Purchase Money Security<br><br>2004 Mercedes E500<br>70,000 miles<br>Per Kelley Blue Book<br><br>Value $               10,932.00 | | | | 5,600.00 | 0.00 |
| _1_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 731,073.13 | 50,473.13 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                                     Case No. _____
         Editha H. Palu-ay
_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. xxxxxx6067 | | | | | Mortgage | | | | | |
| Chase Bank P.O. Box 29505 Phoenix, AZ 85038-9505 | - | | | | 2900 Emmaus Zion, IL 60099 Record Title Holder: Pedro Palu-ay (according to Recorder's Office) | | | | | |
| | | | | | Value $          130,000.00 | | | | 128,590.16 | 0.00 |
| Account No. | | | | | | | | | | |
| Alan S. Kaufman Fisher and Shapiro, LLC 2121 Waukegan Rd., Suite 301 Bannockburn, IL 60015 | | | | | Representing: Chase Bank | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. xxxxxxxxxx5511 | | | | | Home Equity Loan | | | | | |
| Chase Bank P.O. Box 29505 Phoenix, AZ 85038-9505 | - | | | | 2900 Emmaus Zion, IL 60099 Record Title Holder: Pedro Palu-ay (according to Recorder's Office) | | | | | |
| | | | | | Value $          130,000.00 | | | | 14,817.47 | 13,407.63 |
| Account No. xxxxxxxxxxxxxx5511 | | | | | | | | | | |
| Allied International Credit Corp. 100 East Shore Drive, 3rd Floor Glen Allen, VA 23059 | | | | | Representing: Chase Bank | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. xxxx0286 | | | | | Mortgage | | | | | |
| Norstates Bank 1601 N. Lewis Avenue Waukegan, IL 60085 | - | | | | 201 W. Oak Lane Winthrop Harbor, IL 60096 Record Title Holder: Palu-ay Family Irrevocable Trust Dated October 15, 2002 | | | | | |
| | | | | | Value $          380,000.00 | | | | 460,700.00 | 80,700.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 604,107.63 | 94,107.63 |
| Total (Report on Summary of Schedules) | 1,335,180.76 | 144,580.76 |

B6E (Official Form 6E) (4/10)

In re    Pedro G. Palu-ay,                                                    Case No. _____
         Editha H. Palu-ay
                                                                        ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Pedro G. Palu-ay,                                    Case No. _____
         Editha H. Palu-ay
                                                        ,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **Marilyn Palu-ay** 1707 Dusk Dr. Zion, IL 60099 | - | | | Unpaid wages | | | | 24,002.67 | 11,725.00 | 12,277.67 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   24,002.67   11,725.00   12,277.67

B6E (Official Form 6E) (4/10) - Cont.

In re    Pedro G. Palu-ay,                                                    Case No. _____

         Editha H. Palu-ay

                                 ,

                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid real estate taxes and fees | | | | | | |
| Cook County Treasurer 118 N. Clark St., Suite 112 Chicago, IL 60602 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Illinois Department of Revenue (p) Bankrupcty Section/Level 7-425 100 West Randolph St. Chicago, IL 60606 | | J | | | | | Unknown Unknown | | Unknown |
| Account No. | | | | | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | | J | | | | | Unknown Unknown | | Unknown |
| Account No. | | | 2008 and 2009 unpaid real estate taxes and fees | | | | | | |
| Lake County Collector 18 N. County St. Waukegan, IL 60085 | - | | | | | | Unknown Unknown | | Unknown |
| Account No. | | | | | | | | | |

| Sheet _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 24,002.67 | 12,277.67 11,725.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re      Pedro G. Palu-ay,                                              Case No. _____
           Editha H. Palu-ay
                                                              ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxx xxxxx6811<br><br>ADT Security Services, Inc.<br>14200 E. Exposition Ave.<br>Aurora, CO 80012 | | H | | | Security system for medical office located at 2606 Elisha Ave., Zion, IL | | | | 3,165.96 |
| Account No. xxxx-xxxx-xxxx-0011<br><br>Advanta Bank Corp.<br>P.O. Box 8088<br>Philadelphia, PA 19101 | | - | | | Credit card | | | | 19,910.65 |
| Account No. xxxxxxxxxxx0011<br><br>Sage Capital Recovery<br>1040 Kings Hwy N.<br>Cherry Hill, NJ 08034 | | | | | Representing:<br>Advanta Bank Corp. | | | | Notice Only |
| Account No. xxx9855<br><br>America United Bank and Trust<br>485 Lake Street<br>Antioch, IL 60002 | | - | | | 2409 Emmaus<br>Zion, IL 60099<br><br>Record Title Holder: New Frontier Property, LLC, Dr. Palu-ay is Borrower on the Note. | | | | 130,000.00 |

___13___ continuation sheets attached

Subtotal
(Total of this page)            153,076.61

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      S/N:31036-111215    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                    Case No. _____
         Editha H. Palu-ay
                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx9856<br><br>America United Bank and Trust<br>485 Lake Street<br>Antioch, IL 60002 | - | | | Deficiency claim<br><br>2614 Elisha Ave.<br>Zion, IL 60099<br><br>Former Record Title Holder: New Frontier Property, LLC; Dr. Palu-ay is the Borrower on the Note. | | | | 31,277.14 |
| Account No. xxx9456<br><br>America United Bank and Trust<br>485 Lake Street<br>Antioch, IL 60002 | - | | | 2409 Emmaus<br>Zion, IL 60099<br><br>Record Title Holder: New Frontier Property, LLC; Dr. Palu-ay is the Borrower on the Note. | | | | 31,450.00 |
| Account No. x-x2001<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | | H | | Credit card | | | | 265.09 |
| Account No. x-x2007<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | X | H | | Business credit card | | | | 205.81 |
| Account No. x-x1004<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | X | H | | Business credit card | | | | 1,833.25 |

Sheet no. _1_ of _13_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    65,031.29

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,
          Editha H. Palu-ay

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. x-xx1004 <br><br> American Express <br> P.O. Box 981535 <br> El Paso, TX 79998 | | - | | | Credit card | | | | 99.95 |
| Account No. xxxx-xxxx-xxxx-1955 <br><br> AT&T Universal Card <br> P.O. Box 6500 <br> Sioux Falls, SD 57117 | | - | | | Credit card | | | | 18,864.92 |
| Account No. xxxxxx0446 <br><br> Bank of America <br> 135 S. LaSalle Street <br> Chicago, IL 60603 | X | - | | | Personal guaranty on business loan | | | | 292,324.75 |
| Account No. <br><br> Alan H. Zenoff <br> Zenoff & Zenoff Chartered <br> 53 W. Jackson Blvd., Suite 1140 <br> Chicago, IL 60604 | | | | | Representing: <br> Bank of America | | | | Notice Only |
| Account No. xxxx-xxxxxx-x5058 <br><br> Bank of America <br> P.O. Box 15019 <br> Wilmington, DE 19886-5019 | | - | | | Credit card | | | | 25,203.84 |

Sheet no. __2___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

336,493.46

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,
         Editha H. Palu-ay

Case No. _____

                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxx-xxxx-xxxx-1379 Bank of America P.O. Box 15019 Wilmington, DE 19886-5019 | - | | | | Credit card | | | | 23,608.70 |
| Account No. 54903551747174301 Bank of America P.O. Box 15026 Wilmington, DE 19850 | - | | | | Credit card | | | | 17,859.39 |
| Account No. Bankunited c/o Pierce & Associates 1 N. Dearborn Chicago, IL 60602 | | | J | | Notice only Bankunited v. Pedro Palu-ay, et al., Case No. 10 CH 38610 | | | | 0.00 |
| Account No. Barrington Bank & Trust Company 201 S. Hough St. Barrington, IL 60010 | - | | | | 2671 N. Sheridan Rd. Zion, IL 60099 Record Title Holder: Northeast, LLC (BBT 2671 according to Recorder's Office) PROPERTY SOLD AT SHERIFF'S SALE ON MARCH 10, 2011) | | | | 1,106,671.08 |
| Account No. Barrington Bank & Trust Company 201 S. Hough St. Barrington, IL 60010 | | | J | | Deficiency judgment entered in favor or Barrington Bank & Trust Company and against Northeast, LLC, Series 2671, Pedro Palu-ay and Editha Palu-ay re: 2671 N. Sheridan Road, Zion, IL 60099. Case No. 10 CH 5194 | | | | 512,506.40 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,660,645.57

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,    Case No. _____
         Editha H. Palu-ay

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Letvin & Stein <br> 541 N. Fairbanks Ct., Suite 2121 <br> Chicago, IL 60611 | | | Representing: <br> Barrington Bank & Trust Company | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-0937 <br><br> Capital One <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | | H | Credit card | | | | 2,346.37 |
| Account No. xxxx-xxxx-xxxx-8357 <br><br> Capital One <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | X | H | Business credit card | | | | 1,243.43 |
| Account No. 8267 <br><br> Capital One <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | | H | Credit card | | | | 1,799.79 |
| Account No. xxxx-xxxx-xxxx-8691 <br><br> Capital One <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | | H | Credit card | | | | 875.04 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,264.63

B6F (Official Form 6F) (12/07) - Cont.

In re   Pedro G. Palu-ay,                             Case No. _____
         Editha H. Palu-ay

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. xxxx-xxxx-xxxx-7010 | | | Credit card | | | | |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130 | | H | | | | | 486.37 |
| Account No. xxxx-xxxx-xxxx-8629 | | | Credit card | | | | |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130 | | H | | | | | 3,050.60 |
| Account No. xxxxxx2511 | | | 2218 Edina Blvd. Zion, IL 60099 | | | | |
| Chase Bank P.O. Box 29505 Phoenix, AZ 85038-9505 | | - | Record Title Holder: New Frontier Property, LLC | | | | 175,287.00 |
| Account No. | | | | | | | |
| Alan S. Kaufman Fisher and Shapiro, LLC 2121 Waukegan Rd., Suite 301 Bannockburn, IL 60015 | | | Representing: Chase Bank | | | | Notice Only |
| Account No. xxxxxxxxxx3682 | | | 2900 Elisha Ave. Zion, IL 60099 | | | | |
| Chase Bank P.O. Box 29505 Phoenix, AZ 85038-9505 | | - | Record Title Holder: Pedro Palu-ay Currently on the market for a short sale | | | | 20,475.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of                 Subtotal                   199,298.97
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                           Case No. _____
         Editha H. Palu-ay
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx3682 | | | | | | | |
| Allied International Credit Corp. 100 East Shore Drive, 3rd Floor Glen Allen, VA 23059 | | | Representing: Chase Bank | | | | Notice Only |
| Account No. xxxxxxxxx2211 | | | 2218 Edina Blvd. Zion, IL 60099 | | | | |
| Chase Bank P.O. Box 29505 Phoenix, AZ 85038-9505 | | - | Record Title Holder: New Frontier Property, LLC | | | | 20,979.00 |
| Account No. xxxxxxxxxxxxxx2211 | | | | | | | |
| Allied International Credit Corp. 100 East Shore Drive, 3rd Floor Glen Allen, VA 23059 | | | Representing: Chase Bank | | | | Notice Only |
| Account No. xxxxxxxxx4761 | | | 2707 Elizabeth Zion, IL 60099 | | | | |
| Chase Bank P.O. Box 29505 Phoenix, AZ 85038-9505 | | - | Record Title Holder: Pedro Palu-ay (according to Recorder's Office) | | | | 12,980.00 |
| Account No. xxxxxxxxxxxxxx4761 | | | | | | | |
| Allied International Credit Corp. 100 East Shore Drive, 3rd Floor Glen Allen, VA 23059 | | | Representing: Chase Bank | | | | Notice Only |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    33,959.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,
         Editha H. Palu-ay    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2975 <br><br> Chase Bank <br> P.O. Box 29505 <br> Phoenix, AZ 85038-9505 | | H | Mortgage <br> 2900 Elisha <br> Zion, IL 60099 | | | | 170,179.94 |
| Account No. <br><br> Alan S. Kaufman <br> Fisher and Shapiro, LLC <br> 2121 Waukegan Rd., Suite 301 <br> Bannockburn, IL 60015 | | | Representing: <br> Chase Bank | | | | Notice Only |
| Account No. xxxxxx5717 <br><br> Chase Bank <br> P.O. Box 29505 <br> Phoenix, AZ 85038-9505 | | J | Mortgage <br> 2707 Elizabeth <br> Zion, IL 60099 | | | | 109,441.74 |
| Account No. <br><br> Alan S. Kaufman <br> Fisher and Shapiro, LLC <br> 2121 Waukegan Rd., Suite 301 <br> Bannockburn, IL 60015 | | | Representing: <br> Chase Bank | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-8440 <br><br> Chase Bank (Slate) <br> Card Member Service <br> P.O. Box 15153 <br> Wilmington, DE 19886 | | H | Credit card | | | | 600.31 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

280,221.99

B6F (Official Form 6F) (12/07) - Cont.

In re  Pedro G. Palu-ay,                                              Case No. _____
       Editha H. Palu-ay
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx-xxxx-xxxx-5924 | | | | Credit card | | | | |
| Citi Card (Gold) P.O. Box 142319 Irving, TX 75014 | | W | | | | | | 1,031.42 |
| Account No. xxxx-xxxx-xxxx-3993 | | | | Credit card | | | | |
| Citi Platinum Select Box 6500 Sioux Falls, SD 57117 | | - | | | | | | 1,820.40 |
| Account No. | | | | Mortgage foreclosure re: 195 N. Harbor Dr., #2607, Chicago, IL (CitiMortgage, Inc. v. Pedro Palu-ay, et al., Case No. 10 CH 27225) | | | | |
| CitiMortgage, Inc. c/o Law Offices of Ira T. Nevel LLC 175 N. Franklin St., Suite 201 Chicago, IL 60606 | | J | | | | | | Unknown |
| Account No. | | | | Personal loan | | | | |
| Dr. Arcadio Ortiz P.O. Box 930 Flagler Beach, FL 32136 | | - | | | | | | 205,314.29 |
| Account No. | | | | Business loan | | | | |
| EHP Travel First Midwest Bank 3303 Sheridan Rd. Zion, IL 60099 | | W | | | | | | 5,300.49 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      213,466.60

B6F (Official Form 6F) (12/07) - Cont.

In re  Pedro G. Palu-ay,                                                    Case No. _____
       Editha H. Palu-ay
                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Erlinda Saclolo Engstrom <br> 1375 W. Fork Rd. <br> Lake Forest, IL 60045 | | - | | Personal loan | | | | 32,963.56 |
| Account No. xxx-xxxx-xxxx-9345 <br><br> FIA Card Services <br> c/o Blitt and Gaines, P.C. <br> 661 Glenn Ave. <br> Wheeling, IL 60090 | | H | | Charge account <br> Lawsuit filed on June 27, 2011 <br> Case No. 11 AR 1089 | | | | 28,857.05 |
| Account No. 7100632491 <br><br> First Midwest Bank <br> P.O. Box 9003 <br> Gurnee, IL 60031-9003 | | J | | Personal loan | | | | 933.75 |
| Account No. xx xxxx 1890 <br><br> FirstMerit Bank <br> 295 FirstMerit Circle <br> Akron, OH 44307-2359 | | - | | Overdrawn checking account | | | | 1,169.76 |
| Account No. xxxxxxxxxxx9043 <br><br> Home Depot <br> P.O. Box 183175 <br> Columbus, OH 43218 | | - | | Credit card | | | | 2,460.29 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,384.41

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                          Case No. _____
         Editha H. Palu-ay
                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx-xxxx-xxxx-7170 | | | | Credit card | | | | |
| HSBC Card Services Orchard Bank P.O. Box 88000 Baltimore, MD 21288 | | H | | | | | | 2,711.22 |
| Account No. | | | | Personal loan | | | | |
| International Capital Investment Co 1336 Basswood Rd. Schaumburg, IL 60173-4544 | | W | | | | | | 60,000.00 |
| Account No. | | | | Personal loan | | | | |
| Marcia White 5220 Brittany Dr., #1109 Saint Petersburg, FL 33715 | | - | | | | | | 107,211.13 |
| Account No. | | | | | | | | |
| National Heritage Foundation 6201 Leesburg Pike, Suite 405 Falls Church, VA 22044 | | J | | | | | | Unknown |
| Account No. x2570 | | | | Deficiency claim | | | | |
| Norstates Bank 1601 N. Lewis Avenue Waukegan, IL 60085 | | - | | Debtors are Borrowers on Note 2608 Elisha, Zion, IL Former Record Title Holder: Bank of Waukegan, as Trustee Under a Trust Agreement Dated 10-19-94 known as Trust Number 204027 | | | | 336,902.56 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

506,824.91

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                          Case No. _____
         Editha H. Palu-ay
                                                                    ,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. x2570<br><br>Norstates Bank<br>1601 N. Lewis Avenue<br>Waukegan, IL 60085 | - | | | Debtors are Borrowers on Note to Norstates Bank.<br><br>2625-2629 Sheridan Rd.<br>Zion, IL 60099<br><br>Record Title Holder: Bank of Waukegan, as Trustee under a Trust Agreement Dated 10-19-94 known as Trust Number 204027 | | | | 475,000.00 |
| Account No. x2570<br><br>Norstates Bank<br>1601 N. Lewis Avenue<br>Waukegan, IL 60085 | - | | | Debtors are Borrowers on Note to Norstates Bank.<br><br>1045 N. Park Ave. (Units 1 through 8)<br>Winthrop Harbor, IL 60096<br><br>Record Title Holder: Bank of Waukegan, as Trustee under a Trust Agreement Dated 3-1-97 known as Trust Number 204189 | | | | 480,000.00 |
| Account No. x2570<br><br>Norstates Bank<br>1601 N. Lewis Avenue<br>Waukegan, IL 60085 | - | | | Debtors are Borrowers on Note to Norstates Bank.<br><br>1101 S. Park Ave. (Units 1 through 12B)<br>Winthrop Harbor, IL 60096<br><br>Record Title Holder: Bank of Waukegan, as Trustee under a Trust Agreement Dated 3-1-97 known as Trust Number 204190 | | | | 750,000.00 |
| Account No. x2570<br><br>Norstates Bank<br>1601 N. Lewis Avenue<br>Waukegan, IL 60085 | - | | | Deficiency claim<br><br>2616 Elisha Ave.<br>Zion, IL 60099<br><br>Former Record Title Holder: Pedro Palu-ay | | | | 62,705.56 |
| Account No. x2570<br><br>Norstates Bank<br>1601 N. Lewis Avenue<br>Waukegan, IL 60085 | - | | | Deficiency claim<br><br>2618 Elisha Ave.<br>Zion, IL 60099<br><br>Former Record Title Holder: Pedro Palu-ay | | | | 95,670.76 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,863,376.32

B6F (Official Form 6F) (12/07) - Cont.

In re    Pedro G. Palu-ay,                                    Case No. _____
         Editha H. Palu-ay

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx7786 <br><br> Pioneer Newspapers <br> c/o Biehl & Biehl, Inc. <br> P.O. Box 87410 <br> Carol Stream, IL 60188-7410 | - | | | | | | 834.00 |
| Account No. 5007786 <br><br> Biehl & Biehl, Inc. <br> 325 Fullerton Ave. <br> Carol Stream, IL 60188 | | | Representing: <br> Pioneer Newspapers | | | | Notice Only |
| Account No. <br><br> PRA <br> First Midwest Bank <br> 3303 Sheridan Road <br> Zion, IL 60099 | H | | Line of Credit | | | | 9,100.00 |
| Account No. x1275 <br><br> Russell Novak & Company, LLP <br> 225 West Illinois St., Suite 300 <br> Chicago, IL 60654 | J | | Accounting services rendered | | | | 3,450.00 |
| Account No. <br><br> Starr White Spencer <br> c/o Mike White <br> 2520 Sheridan Rd. <br> Zion, IL 60099 | - | | Personal loan | | | | 107,211.13 |

Sheet no. __12__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

120,595.13

B6F (Official Form 6F) (12/07) - Cont.

In re   Pedro G. Palu-ay,                                    Case No. _____
        Editha H. Palu-ay

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxx5938 | | | | Credit card | | | | |
| USSA Federal Savings Bank 10750 McDermott Freeway San Antonio, TX 78288 | - | | | | | | | 16,209.54 |
| Account No. xxxxxxxxxx8390 | | | | Credit card | | | | |
| Wells Fargo P.O. Box 54349 Los Angeles, CA 90054 | - | | | | | | | 15,930.75 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 32,140.29 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 5,537,779.18 |

B6G (Official Form 6G) (12/07)

In re    Pedro G. Palu-ay,                            Case No. _____

         Editha H. Palu-ay

_____,
                               Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Costa Del Hamilo, Inc.<br>10 Fl. Quad 4, 1 E-com, Harbor Dr.<br>Pasay City, Metro Manila<br>Philippines | Pico De Loro Cove Condominium<br>Pico De Loro Cove, Brgy.<br>Papaya, Nasugbu, Batangas, Philippines<br>Unit: Miranda Tower B |
| Oyster Bay Club, N.V.<br>903 Commerce Drive<br>Oak Brook, IL 60523 | Debtor and Spouse have a Time-Share purchased in 2001 for a total purchase price of $23,226.68.<br>Use of Time-Share is limited to occupying a specific suite during the 18th week of every year. |

    0

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Pedro G. Palu-ay,                                                    Case No. _____
         Editha H. Palu-ay

_____ ,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Pedro Palu-ay MD SC<br>201 W. Oak Lane<br>Winthrop Harbor, IL 60096 | Bank of America<br>135 S. LaSalle Street<br>Chicago, IL 60603 |
| Pedro Palu-ay MD SC<br>201 W. Oak Lane<br>Winthrop Harbor, IL 60096 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998 |
| Pedro Palu-ay MD SC<br>201 W. Oak Lane<br>Winthrop Harbor, IL 60096 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Pedro Palu-ay MD SC<br>201 W. Oak Lane<br>Winthrop Harbor, IL 60096 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998 |

0
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re    Pedro G. Palu-ay
       Editha H. Palu-ay                             Case No. _____

                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Physician | Housewife |
| Name of Employer | Vista Health Services | |
| How long employed | 8 months | |
| Address of Employer | 1324 Sheridan Rd.<br>Waukegan, IL 60085 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 11,334.96 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 11,334.96 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes and social security | $ 2,943.42 | $ 0.00 |
|      b. Insurance | $ 0.00 | $ 0.00 |
|      c. Union dues | $ 0.00 | $ 0.00 |
|      d. Other (Specify)    See Detailed Income Attachment | $ 1,642.46 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 4,585.88 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 6,749.08 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify):    Social Security income | $ 2,133.00 | $ 900.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify):    Networking business income | $ 200.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,333.00 | $ 900.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 9,082.08 | $ 900.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 9,982.08 | |

                            (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    Pedro G. Palu-ay
       Editha H. Palu-ay             Case No. _____

                   Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| 401K | $ 1,076.94 | $ 0.00 |
| LTD Premium | $ 128.16 | $ 0.00 |
| Group Term Life | $ 437.36 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 1,642.46 | $ 0.00 |

**B6J (Official Form 6J) (12/07)**

In re   Pedro G. Palu-ay
     Editha H. Palu-ay                       Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,500.00 |
|    a. Are real estate taxes included?       Yes _X_     No ___ | | |
|    b. Is property insurance included?        Yes ___     No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 500.00 |
|               b. Water and sewer | $ | 0.00 |
|               c. Telephone | $ | 169.00 |
|               d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 500.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 300.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 465.33 |
|               b. Life | $ | 3,400.00 |
|               c. Health | $ | 0.00 |
|               d. Auto | $ | 551.67 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 1,368.00 |
|               b. Other | $ | 0.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,854.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

---

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 9,982.08 |
| b.   Average monthly expenses from Line 18 above | $ | 10,854.00 |
| c.   Monthly net income (a. minus b.) | $ | -871.92 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Pedro G. Palu-ay
       Editha H. Palu-ay
                                    Debtor(s)

Case No. _____
Chapter   7   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   36
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March  9, 2012 _____        Signature   /s/ Pedro G. Palu-ay _____
                                                     Pedro G. Palu-ay
                                                     Debtor

Date   March  9, 2012 _____        Signature   /s/ Editha H. Palu-ay _____
                                                     Editha H. Palu-ay
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Pedro G. Palu-ay      Editha H. Palu-ay                            Case No. _____

                                         Debtor(s)            Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $212,314.00 | 2010 income from employment (husband) |
| $-323,889.00 | 2010 joint rental income |
| $3,316.00 | 2010 joint business income |
| $195,943.00 | 2010 joint capital gains |
| $22,668.31 | 2011 income from employment (husband) (November and December, 2011) |
| $-1,072.65 | 2011 joint rental income |
| $22,669.92 | 2012 YTD income from employment (husband) |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $79,500.00 | 2010 husband's disability income |
| $40,262.00 | 2010 joint social security income |
| $36,396.00 | 2011 joint social security income |
| $101,500.00 | 2011 husband's disability income (Terminated July 2011) |
| $3,033.00 | 2012 YTD joint social security income |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Barrington Bank & Trust v. Northeast LLC, et al. Case No. 10 CH 5194 | | Circuit Court for the Nineteenth Judicial Circuit, Lake County, IL | Sheriff's sale occured, deficiency judgment entered |
| Bank of America Successor to LaSalle Bank National Association v. Pedro Palu-ay M.D.S.C and Pedro Palu-ay Case No. 11 M1 113277 | Contract | Circuit Court of Cook County, Illinois, Municipal Department, First District | Pending |
| JPMorgan Chase Bank, NA v. Pedro Palu-ay a/k/a Pedro G. Palu-ay, et al. Case No. 10 CH 4050 | Foreclosure | Circuit Court of the Nineteenth Judicial Circuit, Lake County, IL | Pending |
| Bank of America, NA v. Pedro Palu-ay, et al. Case No. 10 CH 4046 | Foreclosure | Circuit Court of the Nineteenth Judicial Circuit, Lake County, IL | Pending |
| Bank of America, NA v. Pedro Palu-ay, et al. Case No. 10 CH 3208 | Foreclosure | Circuit Court of the Nineteenth Judicial Circuit, Lake County, IL | Pending |
| JPMorgan Chase Bank, NA v. Pedro G. Palu-ay, et al. Case No. 11 CH 2777 | Foreclosure | Circuit Court of the Nineteenth Judicial Circuit, Lake County, IL | Pending |
| Bankunited v. Pedro Palu-ay, et al. Case No. 10 CH 38610 | Foreclosure | Circuit Court of the Nineteenth Judicial Circuit, Lake County, IL | Dismissed |
| FIA Card Services v. Pedro G. Paluay Case NO. 11 AR 1089 | Civil | Circuit Court of the Nineteenth Judicial Circuit, Lake County, IL | Pending |
| CitiMortgage, Inc. v. Pedro Palu-ay, et al. Case No. 10 CH 27225 | Foreclosure | Circuit Court of Cook County, Illinois County Department, Chancery Division | Sheriff's sale occured |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Barrington Bank & Trust Co. 201 S. Hough St. Barrington, IL 60010 | March 10, 2011 | 2671 N. Sheridan Road, Zion, IL 60099 sold at Sheriff's sale for $900,000.00 |

4

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Michigan Avenue Real Estate Group 400 Skokie Blvd., Suite 580 Northbrook, IL 60062 | Circuit Court of the Nineteenth Judicial Circuit, Lake County, IL Barrington Bank & Trust Company, N.A. v. Northeast, LLC, Series 2671, Pedro Palu-ay, Editha Palu-ay, Zion Real Estate Management, LLC, Unknown Owners and Nonrecord Claimants Case No. 10 CH 5194 | October 19, 2010 | 2671 N. Sheridan Rd., Zion, IL 60099 24 apartments and 4 commercial spaces |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ralph, Schwab & Schiever, Chtd. 175 E. Hawthorn Parkway Suite 345 Vernon Hills, IL 60061 | February 15, 2011 through February 23, 2012 | $12,500.00 for debt counseling |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Carmax 8200 120th Ave. Kenosha, WI 53142 | September 2, 2010 | 2006 Escalade $10,000.00 |
| Liberty Auto 1000 E. Park Ave., Route 176 Libertyville, IL 60048 | September 2, 2010 | 2001 Jaguar $9,000.00 |
| Liberty Auto 1000 E. Park Ave., Route 176 Libertyville, IL 60048 | September 2, 2010 | 1999 Subaru $3,000.00 |
| Joshua Barney J. S. Barney and Associates, Ltd. 323 West Main Street Barrington, IL 60010 | December 9, 2010 | 1995 Dodge Pleasureway Motor Home transferred for payment of $9,000.00 OF unpaid account. |
| Marilyn Palu-ay 1707 Dusk Dr. Zion, IL 60099   Sister | November 10, 2010 | 2002 Mercedes transferred for payment of unpaid wages. |
| Juan Habacon 131 North Ave. Winthrop Harbor, IL 60096   Brother in Law | November 19, 2010 | 1998 Infiniti i30 transferred for payment valued at $2,500.00 toward personal loan. |
| Paula Johnson 2618 Elijah Ave. Zion, IL 60099 | February 11, 2011 | 1994 Jeep Wrangler $400.00 |
| Bin Jiang and Yihong Wei 505 N. Lake Shore Drive, Unit 6003 Chicago, IL 60611   Purchasers | February 28, 2010 | Short sale of 505 Lake Shore Drive, Unit 6003, Chicago, IL |
| Roger Peterson and Ann Clark 195 N. Harbor Drive, #3601 Chicago, IL 60601   Purchasers | March 30, 2011 | Short sale of 195 N. Harbor Drive, #3601, Chicago, IL |
| Lanabelle Presquito 1707 Dusk Dr. Zion, IL 60099 | August 17, 2011 | 1993 Rolls Royce Silver Shadow $20,000.00 |
| Northeast Illinois Medical Properties LP 2610 Sheridan Rd. Zion, IL 60099 | November 18, 2011 | Sale of 2608 Elisha Avenue, Zion, IL 60099 from Chicago Title Land Trust Company, a Corporation of Illinois, as Successor Trustee of Norstates Bank Formerly Known as Bank of Waukegan, as Trustee Under Trust Agreement Dated October 19, 1994 and Known as Trust Number 204027 to Northeast Illinois Medical Properties, L.P. Value received at closing: $0 |
| Northeast Illinois Medical Properties LP 2610 Sheridan Rd. Zion, IL 60099 | November 18, 2011 | Sale of 2614 Elisha Avenue, Zion, IL 60099 from New Frontier Property, LLC to Northeast Illinois Medical Properties, L.P. Value received at closing: $0 |

6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Northeast Illinois Medical Properties LP<br>2610 Sheridan Rd.<br>Zion, IL 60099 | November 18, 2011 | Sale of 2616 Elisha Avenue, Zion, IL 60099 from Pedro Palu-ay to Northeast Illinois Medical Properties, L.P.<br>Value received at closing: $0 |
| Northeast Illinois Medical Properties LP<br>2610 Sheridan Rd.<br>Zion, IL 60099 | November 18, 2011 | Sale of 2618 Elisha Avenue, Zion, IL 60099 from Pedro and Editha Palu-ay to Northeast Illinois Medical Properties, L.P.<br>Value received at closing: $0 |
| Wells Fargo Bank NA<br>as Securities Intermediary<br>N9311-161 625 Marquette Ave.<br>Minneapolis, MN 55479 | November 18, 2011 | Pedro Palu-ay's Genworth Life Insurance Policy<br>Policy number ending 8582<br>Net value received: $51,250.00 |
| Michael Brown<br>17077 Bridle Trail<br>Gurnee, IL 60031<br>    Third Party | 1/31/12 | 2900 Elisha Avenue<br>Zion, IL 60099<br>Short Sale Transaction<br>Proceeds received by Debtor: $721.00 (proceeds spent on miscellaneous household expenses) |
| DBG Properties, LLC<br>878 Ryder<br>Highland Park, IL 60035<br>    Third Party | 1/26/12 | 2707 Elizabeth Avenue<br>Zion, IL 60099<br>Short sale transaction<br>Proceeds received by Debtor: approximately $1,000.00 (proceeds spent on miscellaneous household expenses) |

None
☐    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| The Palu-ay Family Irrevocable Trust<br>Dated October 15, 2002<br>201 Oak Ln.<br>Winthrop Harbor, IL 60096 | | Debtor's residence:<br>201 Oak Ln.<br>Winthrop Harbor, IL 60096 |

---

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

8

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Pedro Palu-ay MD SC | 36-2823548 | 201 W. Oak Lane Winthrop Harbor, IL 60096 | Physician | August 1974 to present |
| New Frontier Property, LLC | 26-0379482 | 223 E. State St. Geneva, IL 60134 | Real Estate Property Owner | |
| 2629 Sheridan Road, LLC | 36-3977842 | 223 E. State St. Geneva, IL 60134 | Real Estate Property Owner | Ending date 4/19/07 - Entity name changed to New Frontier Property, LLC |
| Northeast, LLC | 26-2062224 | 2608 Elisha Ave. Zion, IL 60099 | Real Estate Property Owner | |
| Zion Real Estate Management, L.L.C. | 36-3977842 | 2608 Elisha Ave. Zion, IL 60099 | Real Estate Property Owner | |
| North Park, L.L.C. | 36-4006106 | 2608 Elisha Ave. Zion, IL 60099 | Real Estate Property Owner | |
| South Park, L.L.C. | 36-4006108 | 2608 Elisha Ave. Zion, IL 60099 | Real Estate Property Owner | |
| International Free Enterprise Corp | 04-3801330 | 2608 Elisa Ave. Zion, IL 60099 | Real Estate Property Owner | |
| EHP Travel | 01-0552711 | d/b/a Advanced Travel Agency 2629 Sheridan Rd. Zion, IL 60099 | Travel Agency | September 2003 to present |
| Diamond International of Illinois | 36-3276473 | 2608 Elisha Zion, IL 60099 | Real Estate Property Owner | |

None 

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Rob Zerfass<br>225 Illinois St.<br>Chicago, IL 60601 | 1994 to present |

None □    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Editha H. Palu-ay | 201 W. Oak Lane<br>Winthrop Harbor, IL 60096 | January 12, 2011 - preparation of financial statement |

None □    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Marilyn Palu-ay<br>2009 to present | 1707 Dusk Dr.<br>Zion, IL 60099 |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

10

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  March  9, 2012                    Signature    /s/ Pedro G. Palu-ay
                                                      Pedro G. Palu-ay
                                                      Debtor


Date  March  9, 2012                    Signature    /s/ Editha H. Palu-ay
                                                      Editha H. Palu-ay
                                                      Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Pedro G. Palu-ay
       Editha H. Palu-ay                          Case No.
                                  Debtor(s)        Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| America United Bank and Trust | 1999 Jaguar XG8 |
| | 102,716 miles |

Property will be (check one):
- ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt             ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase Auto Finance | 2004 Mercedes E500 |
| | 70,000 miles |
| | Per Kelley Blue Book |

Property will be (check one):
- ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt             ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Norstates Bank | **Describe Property Securing Debt:**<br>201 W. Oak Lane<br>Winthrop Harbor, IL 60096<br><br>Record Title Holder: Palu-ay Family Irrevocable Trust Dated October 15, 2002 |

Property will be (check one):
- ☐ Surrendered                                  ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date ___March  9, 2012___          Signature ___/s/ Pedro G. Palu-ay_____
                                                      Pedro G. Palu-ay
                                                      Debtor

Date ___March  9, 2012___          Signature ___/s/ Editha H. Palu-ay_____
                                                      Editha H. Palu-ay
                                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Pedro G. Palu-ay
      Editha H. Palu-ay                                     Case No.

                                       Debtor(s)                Chapter     7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,500.00 |
| Prior to the filing of this statement I have received | $ | 12,500.00 |
| Balance Due | $ | 0.00 |

2.   $   0.00    of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor       ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor       ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Exemption advice.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Any other matters which may arise in the case, including for example, but not limited to, i) objections to exemptions, ii) any adversary proceedings, including without limitation, objections to discharge and/or complaints to determine dischargeability of debt, iii) United States Trustee's office compliance inquiries and enforcement proceedings, iv) Rule 2004 Examinations, v) proceedings or actions to obtain documents or information from creditors or third parties by either voluntary request, compulsory process or non-judicial or judicial proceedings, vi) any matters requiring legal services in non-bankruptcy law practice areas, vii)  judicial or non-judicial proceedings in a venue and/or forum other than the United States Bankruptcy Court, viii) relief from stay actions, ix) preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, x) tax or related accounting services, xi) estate planning, xii) civil or criminal litigation.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    March  9, 2012                          /s/ David J. Schwab
                                                     David J. Schwab 6204333
                                                     Ralph, Schwab & Schiever, Chartered
                                                     175 East Hawthorn Parkway
                                                     Suite 345
                                                     Vernon Hills, IL 60061
                                                     847-367-9699  Fax: 847-367-9621

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Pedro G. Palu-ay
       Editha H. Palu-ay

                                  Debtor(s)

Case No. _____

Chapter   7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Pedro G. Palu-ay
Editha H. Palu-ay

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  /s/ Pedro G. Palu-ay           March  9, 2012

Signature of Debtor            Date

X  /s/ Editha H. Palu-ay         March  9, 2012

Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Pedro G. Palu-ay                               Case No. _____

        Editha H. Palu-ay _____

                              Debtor(s)       Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 51

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March  9, 2012 _____      /s/ Pedro G. Palu-ay _____

                                       Pedro G. Palu-ay
                                       Signature of Debtor

Date:   March  9, 2012 _____      /s/ Editha H. Palu-ay _____

                                       Editha H. Palu-ay
                                       Signature of Debtor

ADT Security Services, Inc.
14200 E. Exposition Ave.
Aurora, CO 80012


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101


Alan H. Zenoff
Zenoff & Zenoff Chartered
53 W. Jackson Blvd., Suite 1140
Chicago, IL 60604


Alan S. Kaufman
Fisher and Shapiro, LLC
2121 Waukegan Rd., Suite 301
Bannockburn, IL 60015


Allied International Credit Corp.
100 East Shore Drive, 3rd Floor
Glen Allen, VA 23059


America United Bank and Trust
485 Lake Street
Antioch, IL 60002


American Express
P.O. Box 981535
El Paso, TX 79998


AT&T Universal Card
P.O. Box 6500
Sioux Falls, SD 57117


Bank of America
135 S. LaSalle Street
Chicago, IL 60603


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of America
P.O. Box 15026
Wilmington, DE 19850

Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170


Bankunited
c/o Pierce & Associates
1 N. Dearborn
Chicago, IL 60602


Barrington Bank & Trust Company
201 S. Hough St.
Barrington, IL 60010


Biehl & Biehl, Inc.
325 Fullerton Ave.
Carol Stream, IL 60188


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Chase Auto Finance
P.O. Box 78067
Phoenix, AZ 85062-8067


Chase Bank
P.O. Box 29505
Phoenix, AZ 85038-9505


Chase Bank (Slate)
Card Member Service
P.O. Box 15153
Wilmington, DE 19886


Citi Card (Gold)
P.O. Box 142319
Irving, TX 75014


Citi Platinum Select
Box 6500
Sioux Falls, SD 57117

CitiMortgage, Inc.
c/o Law Offices of Ira T. Nevel LLC
175 N. Franklin St., Suite 201
Chicago, IL 60606


Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602


Costa Del Hamilo, Inc.
10 Fl. Quad 4, 1 E-com, Harbor Dr.
Pasay City, Metro Manila
Philippines


Dr. Arcadio Ortiz
P.O. Box 930
Flagler Beach, FL 32136


EHP Travel
First Midwest Bank
3303 Sheridan Rd.
Zion, IL 60099


Erlinda Saclolo Engstrom
1375 W. Fork Rd.
Lake Forest, IL 60045


FIA Card Services
c/o Blitt and Gaines, P.C.
661 Glenn Ave.
Wheeling, IL 60090


First Midwest Bank
P.O. Box 9003
Gurnee, IL 60031-9003


FirstMerit Bank
295 FirstMerit Circle
Akron, OH 44307-2359


Home Depot
P.O. Box 183175
Columbus, OH 43218

HSBC Card Services
Orchard Bank
P.O. Box 88000
Baltimore, MD 21288


Illinois Department of Revenue (p)
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606


Internal Revenue Service (p)
P.O. Box 7346
Philadelphia, PA 19101-7346


International Capital Investment Co
1336 Basswood Rd.
Schaumburg, IL 60173-4544


Lake County Collector
18 N. County St.
Waukegan, IL 60085


Letvin & Stein
541 N. Fairbanks Ct., Suite 2121
Chicago, IL 60611


Marcia White
5220 Brittany Dr., #1109
Saint Petersburg, FL 33715


Marilyn Palu-ay
1707 Dusk Dr.
Zion, IL 60099


National Heritage Foundation
6201 Leesburg Pike, Suite 405
Falls Church, VA 22044


Norstates Bank
1601 N. Lewis Avenue
Waukegan, IL 60085


Oyster Bay Club, N.V.
903 Commerce Drive
Oak Brook, IL 60523

Pedro Palu-ay MD SC
201 W. Oak Lane
Winthrop Harbor, IL 60096


Pioneer Newspapers
c/o Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188-7410


PRA
First Midwest Bank
3303 Sheridan Road
Zion, IL 60099


Russell Novak & Company, LLP
225 West Illinois St., Suite 300
Chicago, IL 60654


Sage Capital Recovery
1040 Kings Hwy N.
Cherry Hill, NJ 08034


Starr White Spencer
c/o Mike White
2520 Sheridan Rd.
Zion, IL 60099


USSA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054